### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THOMAS J. TRIBLE, JR.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )     **25-2189-TC-GEB** |
| | ) |
| **AUTO-OWNERS (MUTUAL)** | ) |
| **INSURANCE COMPANY.** | ) |
| | ) |
|     **Defendant.** | ) |

### AGREED ORDER

After the exchange of documents and discovery in this matter, the parties agree that Owners Insurance Company is the legal entity that issued the auto insurance policy at issue to the Plaintiff in this matter. Defendant has advised that it has no objection to the amendment of the Complaint to name Owners Insurance Company as the Defendant in this matter.

Upon consideration of Plaintiff's Oral Motion to Amend Complaint in this matter to correctly identify and name the appropriate defendant, the Court hereby **GRANTS** [25] Plaintiff's Oral Motion to Amend Complaint. The Plaintiff shall file his Amended Complaint no later than **July 8, 2025**.

    **IT IS SO ORDERED.**

    Dated: July 1, 2025 at Wichita, Kansas

                                                s/ Gwynne E. Birzer
                                                GWYNNE E. BIRZER
                                                U.S. Magistrate Judge

Approved by:

| | |
|---|---|
| /s/Brian M. Bartlett | /s/ Brendan C. Buckley |
| Derek H. MacKay    MO#59078 | Brendan C. Buckley (MO Bar #50255) |
| Brian M. Bartlett    MO#59344 | EDELMAN & THOMPSON, L.L.C. |
| KNIGHT NICASTRO MACKAY, LLC | 4520 Main Street, Suite 500 |
| 304 W. 10th Street | Kansas City, Missouri 64111 |
| Kansas City, Missouri 64105 | (816) 561-3400; (816) 561-1664 (Fax) |
| Office Main Phone: (816) 396-0161 | Email: bbuckley@etkclaw.com |
| MacKay Direct:    (816) 708-0105 | **ATTORNEYS FOR PLAINTIFF** |
| Bartlett Direct:    (816) 708-0139 | |
| Fax:    (816) 396-6233 | |
| Email: mackay@knightnicastro.com | |
|        bartlett@knightnicastro.com | |
| **ATTORNEYS FOR DEFENDANT** | |
| Dated: June 30, 2025 | Dated: June 30, 2025 |